Paul M. Allo, Respondent, v. Vitall Benguiat, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Herman Minzesheimer, Respondent, v. Samuel Treeger, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary H. Hurlbut and Others, Respondents, v. Lida K. Stelle and Others, Defendants, Impleaded with Harry Wiggins, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, without prejudice to any of the proceedings heretofore had herein. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathan M. Guinsburg, Respondent, v. William J. Riley and Frank K. Barnes, First Names Fictitious, etc., Trading as Riley & Barnes, Impleaded with Ludwig Littauer, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Transfer Tax upon the Estate of Josephine Penfold, Deceased. Edmund Penfold, as Sole Surviving Executor, etc., Appellant; The Comptroller of the State of New York, Respondent.— Orders affirmed, with costs, on opinion of Fowler, S. (reported in 87 Misc. Rep. 522). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Fishman, Appellant, v. William Baumstein, Respondent.— Determination affirmed, with costs, and judgment to be entered under the stipulation dismissing complaint, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Brinley, Respondent, v. Thomas A. Nevins, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., dissented on dissenting opinion upon former appeal. (See 162 App. Div. 744, 747.)

Charles Samm, Appellant, v. Wennemer Brothers, Inc., and Patent Scaffolding Company, Respondents.— Judgments affirmed, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Clarke and Scott, JJ., dissented as to Wennemer Brothers, Inc., and voted for affirmance.